UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                              )         BK No.:   18-19364
Erica Cohen                         )
                                    )
                                    )         Chapter:  13
                                    )         Honorable David D. Cleary
                                    )
                                    )
        Debtor(s)                   )

## ORDER AUTHORIZING SALE OF REAL ESTATE

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

Debtor's Motion to Authorize Sale of Real Estate is GRANTED.

It is hereby ORDERED that:

1) The Debtor's is allowed to sell her real estate property located at 1600 Hadley Court # A2, Wheeling, IL 60090, (Permanent Index Number: 03-04-302-037-1538)

2) Both the first and second mortgage liens held by JP Morgan Chase shall be paid in full subject to payoff quotes obtained at the time of closing.

3) The contemplated sale be concluded within 120 days of the entry of any order authorizing sale.

4) Any short sale offer is subject to JPMorgan Chase Bank's approval.

5) Debtor is to turnover $15,000.00 to Trustee Marshall to be applied to the Debtor's Chapter 13 plan.

6) Any additional funds in excess of the payment to satisfy the Debtor's Chapter 13 plan shall be property of the Debtor.

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  May 04, 2020

**Prepared by:**

Robert C. Bansfield Jr., A.R.D.C. #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100